# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

FILED
Aug 16, 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

STEPHANIE SHEPPARD,

    Plaintiff,

v.

CHASE BANK,

    Defendant.

Case No.: 2:16-CV-02847-GHW

[PROPOSED] ORDER OF DIMISSAL WITH PREJUDICE

Based upon the Stipulation for Dismissal with Prejudice by all appearing parties, filed on August 2, 2017 (Dkt. 19), and pursuant to Fed. R. Civ. P. 41, the above captioned matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: August 16, 2017

_____
The Honorable George H. Wu
United States District Judge

- 1 -

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

LA 52098713